JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>HEAVEN N SKY, INC d/b/a HEAVEN N SKY SMOKE SHOPE WHOLESALE, and GAYATRI BHETWAL,<br><br>              Defendants. | Case No. 2:24-cv-07775-SPG-MAR<br><br>**JUDGMENT** |

    On April 10, 2025, the Court issued an Order granting in part and denying in part Plaintiff's Motion for Default Judgment. (ECF No. 21 ("Order")).

    Pursuant to that Order, the Court hereby ORDERS, ADJUDGES, and DECREES THAT:

    1.    This action is dismissed without prejudice as to Defendant Gayatri Bhetwal;

    2.    Default judgment is entered in favor of Plaintiff GS Holistic, LLC, against Defendant Heaven N Sky, Inc d/b/a Heaven N Sky Smoke Shop Wholesale ("Heaven N Sky"); and

//
//
//

3. Plaintiff is awarded statutory damages in the amount of $10,000.00, litigation costs in the amount of $714.00, and post-judgment interest under 28 U.S.C. § 1961, against Heaven N Sky only.

**IT IS SO ORDERED.**

DATED: May 9, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE